BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DEBRA R. COLETTI
Acting Deputy Director, Torts Branch
BRANDON CAPECE, D.C. Bar No. 1735707
Trial Attorney, Torts Branch
STEPHEN R. TERRELL, CA Bar No. 210004
Senior Trial Counsel, Torts Branch
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888, Benjamin Franklin Station
Washington, D.C., 20044
Brandon.Capece@usdoj.gov
Tel:   (202) 742-6373
Fax:   (202) 616-5200
*Attorneys for Defendant United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| RIAN DUNDON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.: 3:22-cv-00594-SI <br><br> **DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR A STAY OF DISCOVERY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

**DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR A STAY OF DISCOVERY IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendant United States hereby moves for a stay of discovery in the above-captioned case.  Plaintiff does not oppose this motion.

Page 1   -   DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR A STAY OF DISCOVERY IN LIGHT OF LAPSE OF APPROPRIATIONS

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of discovery until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that the plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of discovery in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: October 1, 2025.

        Respectfully,

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        DEBRA R. COLETTI
        Acting Deputy Director, Torts Branch

        *s/ Brandon Capece*
        Brandon Capece, D.C. Bar No. 1735707
        Trial Attorney
        Stephen R. Terrell, CA Bar No. 210004
        Senior Trial Counsel
        U.S. Department of Justice
        Civil Division, Torts Branch
        P.O. Box 888, Benjamin Franklin Station
        Washington, D.C. 20044
        Brandon.Capece@usdoj.gov
        Tel: (202) 742-6373
        Fax: (202) 616-5200

        *Attorneys for Defendant United States*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 1, 2025, the foregoing was filed electronically through ECF/CM.

                                                          *s/ Brandon Capece*
                                                          BRANDON CAPECE