**Nadia H. Dahab**, OSB No. 125630
SUGERMAN DAHAB
101 SW Main St. Ste. 910
Portland, OR 97204
Telephone: (503) 228-6474
nadia@sugermandahab.com

**Nicholas A Kahl**, OSB No. 101145
NICK KAHL, LLC
2246 E. Burnside St. Ste. A
Portland OR 97214
Telephone: (971) 634-0829
nick@nickkahl.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

RIAN DUNDON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.: 3:22-cv-00594-SI

**JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to L.R. 7-1, the undersigned attorneys for Plaintiff Rian Dundon and Defendant United States of America hereby certify that they conferred and jointly request the relief set forth herein.

## MOTION

Pursuant to Federal Rule of Civil Procedure (Rule) 16(b)(2), the parties respectfully move for an order extending the pretrial deadlines set forth by this Court on July 5, 2026. *See* ECF 84 (scheduling order).

## MEMORANDUM

Rule 16(b)(4) provides that the schedule set by the Court "may be modified only for good cause and with the judge's consent." For the reasons set forth below, the parties respectfully request the Court conclude that good cause exists for proposed modifications of the current case deadlines.

There is good cause to support an extension of the pretrial deadlines, because the parties have been working diligently to complete discovery but have not yet been able to do so. As of the date of this motion, the parties are jointly working to schedule the deposition of an additional fact witness that Defendant has requested. That witness is represented by separate counsel, and the deposition is likely to be scheduled for October 2026.

To accommodate those continued efforts, and any discovery efforts that may be necessary thereafter, the parties move for entry of an order extending the deadlines set forth in the current case management schedule. The proposed schedule would be as follows:

| **Event** | **Existing Deadline** | **Proposed New Deadline** |
|---|---|---|
| Deadline to complete fact discovery | October 5, 2026 | November 20, 2026 |
| Deadline for Plaintiff's initial expert disclosures | November 2, 2026 | January 29, 2027 |
| Deadline for Defendant's initial expert disclosures | November 30, 2026 | March 5, 2027 |
| Deadline for Plaintiff's rebuttal expert disclosures | December 14, 2026 | March 19, 2027 |

| | | |
|---|---|---|
| Deadline to complete expert discovery | December 28, 2026 | April 2, 2027 |
| Deadline to file dispositive motions | February 8, 2027 | May 1, 2027 |

Based on the above showing of good cause, the parties respectfully request that the Court enter an order extending the deadlines set forth in the current scheduling order.

DATED this 5th day of October, 2026.

s/ Brandon Capece
**Brandon Capece**, D.C. Bar No. 1735707
**Stephen R. Terrell**, CA Bar No. 210004
U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
P.O. Box 888, Benjamin Franklin Station
Washington, D.C., 20044
Tel: (202) 616-4266
Brandon.Capece@usdoj.gov
Stephen.Terrell2@usdoj.gov

*Attorneys for Defendant United States of America*

s/ Nadia H. Dahab
**Nadia H. Dahab**, OSB No. 125630
SUGERMAN DAHAB
101 SW Main St. Ste. 910
Portland, OR 97204
Tel: (503) 228-6474
nadia@sugermandahab.com

**Nicholas A. Kahl**, OSB No. 101145
NICK KAHL, LLC
2246 E. Burnside St. Ste. A
Portland OR 97214
Tel: (971) 634-0829
nick@nickkahl.com

*Attorneys for Plaintiff Rian Dundon*